UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

RAFAEL GARCIA,

                    Plaintiff,

       -against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

                    Defendant.
-------------------------------------------------------------------X

JUDGMENT
05-CV- 0657 (NGG)

**FILED**
IN CLERK'S OFFICE
U.S. D̶ COURT, E.D.N.Y.

★ JUL 0 6 2005 ★

BROOKLYN OFFICE

       An Order of Honorable Nicholas G. Garaufis, United States District Judge, having

been filed on June 29, 2005, reversing the Commissioner's decision, pursuant to the fourth

sentence of 42 U.S.C. § 405(g); and remanding plaintiff's claim for further administrative

proceedings; it is

       ORDERED and ADJUDGED that judgment is hereby entered reversing the

Commissioner's decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that

plaintiff's claim is remanded for further administrative proceedings.

Dated:  Brooklyn, New York
        July 05, 2005

                                          ROBERT C. HEINEMANN
                                          Clerk of Court